**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RONDA MERRYMAN,<br><br>              Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. 2:14-CV-01499-KJD-VCF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (#21) of Magistrate Judge Cam Ferenbach entered on April 28, 2015, recommending that the present case be remanded to determine whether Plaintiff's impairment is equivalent to a listed impairment under step 3 and whether Plaintiff's subjective testimony regarding her ability to work is credible. Defendant Carolyn W. Colvin filed an objection (#22) to the report and recommendation. Plaintiff Ronda Merryman filed a response (#23).

This Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2. The Court determines that the Report and Recommendation (#21) of the United States Magistrate Judge entered May 1, 2015, should be **ADOPTED** and **AFFIRMED**.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#21) entered April 28, 2015, are **ADOPTED** and **AFFIRMED**;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Remand (#16) is **GRANTED**;

1    **IT IS FINALLY ORDERED** that Defendant's Cross Motion to Affirm (#17) is
2  **DENIED**.
3    DATED this __11th__ day of June 2015.

_____
Kent J. Dawson
United States District Judge